# **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 20CV4427                          Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Yang, Yinghang "James"**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Yinghang Yang, 148-18 56th Road, Flushing, NY 11355**.

I, Cheryl Handlin, do hereby affirm that on the **30th day of November, 2020** at **2:09 pm**, I:

Served Summons & Complaint personally to Yinghang Yang a/k/a James Yang at 148-18 56th Road, Flushing, NY 11355.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Cheryl Handlin_    12/1/2020
**Cheryl Handlin**           **Date**
LIC#0827240
**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2020009348
Ref: NYRO-62256

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

